UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 15-21797-CIV-MARTINEZ-GOODMAN**

JOSE OQUENDO OCASIO and all others
similarly situated under 29 U.S.C. 216(b),
    Plaintiff,

vs.

FOODS OF SOUTH FLORIDA, INC., et al.,
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Stipulated Dismissal with Prejudice (the "Joint Motion") [ECF No. 43]. The parties have filed a copy of the settlement agreement (the "Settlement Agreement") [ECF No. 43-1] for the Court to review. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby:

**ORDERED and ADJUDGED** that

1. The parties' Joint Motion [ECF No. 43] is **GRANTED**.

2. The parties' Settlement Agreement is hereby **APPROVED**.

3. This action is **DISMISSED with prejudice**. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

4. All pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __9__ day of March, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record