UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21797-CIV-JEM

JOSE OQUENDO OCASIO and all others )
similarly situated under 29 U.S.C. 216(b), )
                                         )
              Plaintiff,                 )
    vs.                                  )
                                         )
FOODS OF SOUTH FLORIDA, INC. d/b/a       )
MR. MIKE'S GROCERY STORE,                )
CAROLINA KATTOURA,                       )
MICHAEL KATTOURA,                        )
                                         )
              Defendants.                )
_____ )

**PLAINTIFF'S AMENDED NOTICE OF INTENT**

COMES NOW the Plaintiff, by and through the undersigned, and hereby files the

Amended Notice advising the Court of Plaintiff's intent have Plaintiff's daughter's (Jeanelys

Oquendo Rosado) appointed the Personal Representative of Plaintiff's Estate.[1]

The pleadings required to open a new estate for In Re Estate of Jose Oquendo Ocasio

have been e-filed in the probate court for the 11th Judicial Circuit in and for Miami Dade County,

Florida, and assigned case number 2018-001909-CP-02. However, the Order Appointing

Personal Representative and Letters of Administration have not yet been entered by the Court.

_____

[1] Plaintiff also refers to the Settlement Agreement filed in this matter as [DE 43-1], which expressly states in part on Page 1 that the agreement is between Defendant including their "heirs" etc., and "JOSE OQUENDO OCASIO, **including his heirs, representatives, attorneys, successors, and assigns**…." Consequently, as a contractual matter, Defendants agreed that the settlement (approved by the Court) included the Parties' "heirs" etc.  Based on same, this Court should find Plaintiffs' "attorneys" are authorized to move forward, and that the settlement rights should inure to the benefit of Plaintiff's daughter (without the need of setting up an estate). Since Plaintiff's heirs (i.e. his daughter) was an interested third party by the contract's clear terms, it stands to reason that she has standing to enforce it without invoking probate procedures.

**1** of **2**

Plaintiff files the instant Notice in an abundance of caution and in an attempt to conserve

Judicial resources as it relates to the pending Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ____
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 5/1/18 TO:**

**LANGBEIN & LANGBEIN
8181 NW 154 STREET, SUITE 105
MIAMI LAKES, FL 33016
PH: 305-556-3663
FAX: 556-3647
EMAIL: LANGBEINPA@BELLSOUTH.NET**

**BY:_____/s/ Rivkah F. Jaff_____
     RIVKAH F. JAFF, ESQ.**